

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

April 8, 2015

Molly E. Neck
Barkhurst & Hinojosa PC
110 Broadway, Suite 350
San Antonio, TX 78205
\* DELIVERED VIA E-MAIL \*

Paul D. Barkhurst
Barkhurst & Hinojosa PC
110 Broaday, Suite 350
San Antonio, TX 78205
\* DELIVERED VIA E-MAIL \*

David C.  Snell
Bayne, Snell & Krause
Petroleum Tower
8626 Tesoro Drive, Suite 500
San Antonio, TX 78217-6233
\* DELIVERED VIA E-MAIL \*

RE:    Court of Appeals Number:    04-13-00897-CV
        Trial Court Case Number:    2011-CI-20197
        Style:  Lynn Noble Hawthorne a/k/a Lynn Hawthorne
                v.
                Jack Guenther

      Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

      If you should have any questions, please do not hesitate to contact me.

                Very truly yours,
                KEITH E. HOTTLE, CLERK

                Luz Estrada
                Deputy Clerk, Ext. 53219



# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2015

No. 04-13-00897-CV

Lynn Noble **HAWTHORNE** a/k/a Lynn Hawthorne,
Appellant

v.

Jack **GUENTHER**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-20197
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Jason K. Pulliam, Justice

The court has considered the Appellant's Motion for En Banc Reconsideration, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court

*MINUTES*

Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

April 8, 2015

No. 04-13-00897-CV

Lynn Noble **HAWTHORNE** a/k/a Lynn Hawthorne,
Appellant

v.

Jack **GUENTHER**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-20197
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                  Karen Angelini, Justice
                  Marialyn Barnard, Justice
                  Rebeca C. Martinez, Justice
                  Patricia O. Alvarez, Justice
                  Jason K. Pulliam, Justice

The court has considered the Appellant's Motion for En Banc Reconsideration, and the motion is DENIED.

/s/ Sandee Bryan Marion
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2015.

/s/ Keith E Hottle
Keith E. Hottle
Clerk of Court

ENTERED THIS 8TH DAY OF APRIL, 2015.

Vol___page____